IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN M. DIAZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WELLS FARGO BANK, N.A., et al.,<br><br>　　　　Defendant(s).　　　　／ | No. C 12-00134 SI<br><br>**ORDER RESETTING DEFENDANT'S MOTION TO DISMISS FOR HEARING** |

On January 17, 2012, defendant Wells Fargo Bank, N.A. ("Wells Fargo") filed a motion to dismiss plaintiff's complaint in this foreclosure-related action. On February 13, 2012, the Court referred this case to the Alternative Dispute Resolution (ADR) Unit and vacated the hearing date for defendant's motion. *See* Doc. 14. The Court has been informed that the parties did not agree to settle plaintiff's claims at this time. The Court therefore **RESETS defendant's motion to dismiss for hearing on May 4, 2012.**

Plaintiff must file an opposition to defendant's motion by **April 13, 2012.** Defendant's reply will be due by **April 20, 2012**.

**IT IS SO ORDERED.**

Dated: March 29, 2012

　　　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge