IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN M. DIAZ,<br><br>            Plaintiff,<br><br>   v.<br><br>WELLS FARGO BANK, N.A., et al.,<br><br>            Defendant(s).<br>_____/ | No. C 12-00134 SI<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE** |

On January 17, 2012, defendant Wells Fargo Bank, N.A. ("Wells Fargo") filed a motion to dismiss plaintiff's complaint in this foreclosure-related action. On February 13, 2012, the Court referred this case to the Alternative Dispute Resolution (ADR) Unit and vacated the hearing date for defendant's motion. *See* Doc. 14. After the Court was informed that the parties did not agree to settle plaintiff's claim at ADR, the Court reset defendant's motion to dismiss for hearing on May 4, 2012. The Court stated that plaintiff must file an opposition to defendant's motion by April 13, 2012. Plaintiff has not filed an opposition to defendant's motion, or contacted the Court in any other way.

Plaintiff is hereby **ORDERED TO SHOW CAUSE in writing to be filed no later than May 11, 2012**, why this case should not be dismissed without prejudice for failure to prosecute. *See* Fed. R. Civ. P. 41(b). The hearing set for May 4, 2012 is hereby VACATED.

**IT IS SO ORDERED.**

Dated: May 1, 2012

_____
SUSAN ILLSTON
United States District Judge