IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN M. DIAZ, | No. C 12-00134 SI |
| Plaintiff, | **ORDER DISMISSING CASE WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE** |
| v. | |
| WELLS FARGO BANK, N.A., *et al.*, | |
| Defendant(s). | |

Plaintiff has not responded to the Court's May 1, 2012 Order to Show Cause. Accordingly, pursuant to Federal Rule of Civil Procedure 41(b), the Court DISMISSES this case without prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Dated: May 21, 2012

SUSAN ILLSTON
United States District Judge