IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JUAN M. DIAZ,           No. C 12-00134 SI

       Plaintiff,           **JUDGMENT**

  v.

WELLS FARGO BANK, N.A., *et al.*,

       Defendant(s).
                                                  /

The Court dismissed this case without prejudice based on plaintiff's failure to prosecute. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: May 21, 2012

SUSAN ILLSTON
United States District Judge